# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

MARGARET HUDGENS                                                                PLAINTIFF

v.                              NO. 4:20-cv-00853- JTR

ANDREW SAUL,
Acting Commissioner,
Social Security Administration                                                  DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, Margaret Hudgens, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 13th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE