UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARGARET HUDGENS                                                                PLAINTIFF

v.                            NO. 4:20-cv-00853-JTR

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration[1]                              DEFENDANT

## ORDER

Before the Court is Plaintiff Margaret Hudgens' Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA"). *Doc. 22.* The Motion is unopposed. *Doc. 24.*

Plaintiff's attorney, Stephanie Bartels Wallace, requests a total award of **$2,846.07** (which sum includes 1.20 attorney hours incurred in 2020 at an hourly rate of $206; 6.60 attorney hours incurred in 2021 at an hourly rate of $218 per hour; 15.20 paralegal hours at an hourly rate of $75; and expenses of $20.07).

The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that the requested sum is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees pursuant to the EAJA (*Doc. 22*) is GRANTED.

---

[1] On July 9, 2021, Kilolo Kijakazi became the Acting Commissioner of the Social Security Administration and is substituted for Andrew Saul as defendant in this action. See Fed. R. Civ. P. 25(d).

Plaintiff is awarded **$2,846.07** in fees and expenses under the EAJA.[2]

SO ORDERED, this 7TH day of October, 2021.

                                                                                       */s/ J. Thomas Ray*
                                          UNITED STATES MAGISTRATE JUDGE

---

[2]Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.